HARRIET F. HUSSEY, and others, in Equity,

*vs.*

CHARLES H. T. SOUTHARD, and others.

Sagadahoc.    Announced May 29, 1897.

*Probate Judge.    Void Appointment.*

PER CURIAM. A judge of probate who is appointed by a testator executor of a will is not qualified or authorized, even before probate of such will, to appoint a special administrator on another estate to which the estate represented by him as executor is largely indebted; and such appointment of a special administrator is void, and the person assuming to act thereunder may be enjoined from so doing by this court sitting as the court of equity.

*Bill sustained.    Injunction ordered.*

*O. D. Baker* and *S. L. Larrabee*, for plaintiffs.

*L. C. Cornish*, for defendants.